ACCEPTED
03-14-00397-CV
5454202
THIRD COURT OF APPEALS
AUSTIN, TEXAS
5/28/2015 2:20:11 PM
JEFFREY D. KYLE
CLERK

## No. 03-14-00397-CV

In the Court of Appeals
for the Third Judicial District
Austin, Texas

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
5/28/2015 2:20:11 PM
JEFFREY D. KYLE
Clerk

**American Multi-Cinema, Inc.,**
Appellant/Cross-Appellee,

**v.**

**Glenn Hegar, Comptroller of Public Accounts of the State of Texas, and Ken Paxton, Attorney General of the State of Texas,**
Appellees/Cross-Appellants.

On Appeal from the 200th Judicial District Court
Travis County, Texas

**Appellees'/Cross-Appellants' Second Unopposed Motion for Extension of Time to File a Motion for Rehearing and/or Motion for Reconsideration En Banc**

To the Honorable Third Court of Appeals:

Appellees/Cross-Appellants Glenn Hegar, Comptroller of Public Accounts of the State of Texas, and Ken Paxton, Attorney General of the State of Texas, file this second unopposed motion under Rule 49.8 and 10.5(b) requesting that the time for filing a motion for rehearing and/or reconsideration en banc be extended for seven

additional days, from May 29, 2015 (the current due date) to June 5, 2015, and in support show as follows:

1. The Court rendered judgment on April 30, 2015.

2. Per Tex. R. App. P. 49.1, Appellees'/Cross-Appellants' motion for rehearing and/or reconsideration en banc was due within 15 days of the Court's judgment on May 15, 2015.

3. Per Tex. R. App. P. 49.8, Appellees/Cross-Appellants timely requested an additional 14 days to file a motion for rehearing and/or reconsideration en banc, extending the time to file to May 29, 2015.

4. The Court granted that motion.

5. Appellees/Cross-Appellants now request a second extension of time, for seven days, to June 5, 2015.

6. Good cause exists to grant this request. This is a case of substantial importance to the State, and for that reason, it requires additional time to fully brief the State's reasons for seeking rehearing and/or reconsideration en banc. Also, the undersigned attorney has been brought into this appeal as attorney-in-charge and has needed the additional time to familiarize herself with with the record, the previously filed briefs, and the legal issues.

7. This extension is not being sought for purposes of delay but rather so that a thorough and clear motion for rehearing and/or reconsideration en banc may be presented to the Court.

8. Appellant/Cross-Appellee is not opposed to this motion.

9. Wherefore, Appellees/Cross-Appellants Glenn Hegar, Comptroller of Public Accounts of the State of Texas, and Ken Paxton, Attorney General of Texas, request that this motion be granted, and that the time for filing a motion for rehearing and/or reconsideration en banc be extended to June 5, 2015.

Respectfully submitted,

KEN PAXTON
Attorney General

CHARLES E. ROY
First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Civil Litigation

ROBERT O'KEEFE
Division Chief
Financial Litigation, Tax, and Charitable Trusts Division

/s/ *Cynthia A. Morales*
CYNTHIA MORALES
State Bar No. 14417420
Attorney-in-Charge

CHARLES K. ELDRED
State Bar No. 00793681

Financial Litigation, Tax, and Charitable Trusts Division
P.O. Box 12548
Austin, Texas 78711-2548
Phone: 512-475-4470
Fax:     512-477-2348
cynthia.morales@texasattorneygeneral.gov
charles.eldred@texasattorneygeneral.gov

*Attorneys for Appellees/Cross-Appellants*

## CERTIFICATE OF CONFERENCE

I certify that I conferred with Doug Sigel, counsel for Appellant/Cross-Appellee, and he does not oppose this Motion:

/s/ *Charles K. Eldred*
Charles K. Eldred

## CERTIFICATE OF SERVICE

I certify that a copy of this document was served on May 28, 2015, on Doug Sigel, counsel for Appellant/Cross-Appellee, to doug.sigel@ryanlawllp.com via File & ServeXpress.

/s/ *Cynthia Morales*
Cynthia Morales